**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 343 MAL 2020

                Respondent            :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

             v.                     :

                                  :

NIARE LAMAR BROWN,              :

                Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.